# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     vs.<br><br>MONICA CORRALES-MONTOYA (1),<br><br>                 Defendant. | CASE NO. 12CR1287-BTM<br><br>2013 JUN 12 PM 12:48<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

21 USC 952 AND 960- IMPORTATION OF HEROIN

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/11/13

                                      Barry Ted Moskowitz
                                      U.S. District Judge